**Z4 TECHNOLOGIES, INC., Plaintiff–Cross Appellant,**

v.

**MICROSOFT CORPORATION,**
Defendant–Appellant,

and

Autodesk, Inc., Defendant.

Z4 Technologies, Inc., Plaintiff–Appellee,

v.

Microsoft Corporation, Defendant,

and

**Autodesk, Inc., Defendant–Appellant.**

Nos. 2006–1638, 2006–1639, 2006–1640.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2007.

## *ORDER*

Upon consideration of Autodesk, Inc.'s unopposed motion to voluntarily dismiss 06–1639, its appeal from the United States District Court for the Eastern District of Texas in 06–CV–142,

IT IS ORDERED THAT:

(1) The motion is granted and 2006–1639 is dismissed. The revised official captions are reflected above.

978

(2) Each side shall bear its own costs related to 2006–1639.